CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
FAYTHEG@POTTERHANDY.COM
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Edgardo Carrillo**, <br><br> Plaintiff, <br><br> v. <br><br> **Seaside Dining Group, Inc.;** <br> **Seaside Dining Group, Inc.;** <br> ; and Does 1-10, <br><br> Defendants | **Case:** 2:19-cv-10458-PA-SK <br><br> **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Edgardo Carrillo, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Seaside Dining Group, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 26, 2020             CENTER FOR DISABILITY ACCESS

                                 By: <u>/s/Faythe Gutierrez</u>
                                 Faythe Gutierrez, Esq.
                                 Attorney for Plaintiff

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)